IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

IOC-NATCHEZ, INC. d/b/a/ ISLE OF CAPRI CASINO-NATCHEZ; IOC-BOONVILLE, INC. d/b/a/ ISLE OF CAPRI CASINO-BOONVILLE; ISLE OF CAPRI BETTENDORF, L.C. d/b/a/ ISLE OF CAPRI CASINO-BETTENDORF; RIVERBOAT CORPORATION OF MISSISSIPPI d/b/a/ ISLE OF CAPRI CASINO-BILOXI; IOC-KANSAS CITY, INC. d/b/a/ ISLE OF CAPRI CASINO-KANSAS CITY; ISLE OF CAPRI MARQUETTE, INC. d/b/a/ ISLE OF CAPRI CASINO-MARQUETTE; IOC-LULA, INC. d/b/a/ ISLE OF CAPRI CASINO-LULA; ST. CHARLES GAMING COMPANY, INC. d/b/a/ ISLE OF CAPRI CASINO-LAKE CHARLES; ISLE OF CAPRI BLACK HAWK, L.L.C. d/b/a/ ISLE OF CAPRI CASINO-BLACK HAWK; ISLE OF CAPRI CASINOS, INC.         **PLAINTIFFS**

V.                                    CIV. ACTION NO. 5:07-CV-70-DCB-JMR

A BEAUTIFUL CLOTHING COMPANY INC.         **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the motion *ore tenus* of the parties to dismiss with prejudice the claims of IOC against ABCC, and the counterclaims of ABCC against IOC. After being fully advised in the premises, and these parties having reached a full and final compromise regarding this dispute, the terms of which are confidential, the Court finds that the motion is well-taken and should be granted.

JO.99370386.1

IT IS, THEREFORE, ORDERED that IOC's claims against ABCC, and ABCC's counterclaims against IOC, are hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED, this the 31st day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE
Magistrate

Approved and Agreed:

_____
Attorney for A Beautiful Clothing Company

_____
Attorney for IOC

JO.99370386.1